NUMBER
13-00-531-CR

 

                             COURT
OF APPEALS

 

                   THIRTEENTH
DISTRICT OF TEXAS

 

                                CORPUS
CHRISTI

__________________________________________________________________

 

LEONARD EATON,                                                                Appellant,

 

                                                   v.

 

THE STATE OF TEXAS,                                                          Appellee.

__________________________________________________________________

 

                        On
appeal from the 130th District Court 

                                of Matagorda County, Texas.

___________________________________________________________________

 

                                   O
P I N I O N

 

                   Before
Justices Dorsey, Rodriguez, and Castillo

                                       Opinion
Per Curiam

 

Appellant, LEONARD EATON,
perfected an appeal from a judgment entered by the 130th
District Court of Matagorda County, Texas,  in cause number 99-J-237.  Appellant has filed a motion to withdraw the
notice of appeal.  The motion complies
with Tex. R. App. P. 42.2(a).








The Court, having considered the documents on file and appellant=s motion to withdraw
the notice of appeal, is of the opinion that appellant's motion to withdraw the
notice of appeal should be granted. 
Appellant's motion to withdraw the notice of appeal is granted, and the
appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex.
R. App. P.
47.3.

 

Opinion delivered and
filed this

the 23rd day
of May, 2002.